# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARRELL SEABURN MCCURDY,**

      **Plaintiff,**

**-vs-**                                                    **Case No. 6:13-cv-1691-Orl-28GJK**

**ZACHARY CASSTEVENS,**

      **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed October 28, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case be dismissed as frivolous.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 18, 2013 (Doc. No. 3) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) is **DENIED**.

3. This case is dismissed as frivolous.

4. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 6th day of December, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party